```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 14700
   DENNIS JAMES FENTON
   CYNTHIA ANNE FENTON                        CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-6524      SSN XXX-XX-8584


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/14/07 and confirmed on 10/23/07.

   2.  The case was converted to Chapter 7 after confirmation, 11/22/2008.

   3.  The Debtor paid a total of $  33980.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
WELLS FARGO HOME MTGE      CURRENT MORTG   26410.43            .00      26410.43
HSBC AUTO FINANCE          SECURED VEHIC    8475.00         515.16       1617.15
CITIFINANCIAL              SECURED VEHIC    3575.00         220.38        793.49
ECAST SETTLEMENT CORPORA   UNSECURED       23005.07            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        7376.16            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        1271.17            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         649.00            .00           .00
CAPITAL ONE BANK           UNSECURED        3606.82            .00           .00
DREYER MEDICAL CLINIC      UNSECURED         803.80            .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED        3550.08            .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED        1543.46            .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED        1087.95            .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED        4104.99            .00           .00
MERRICK BANK               UNSECURED        2005.20            .00           .00
PROVENA                    UNSECURED       NOT FILED          .00            .00
WELLS FARGO HOME MTGE      MORTGAGE ARRE    2401.70            .00           .00
HSBC AUTO FINANCE          UNSECURED         916.10            .00           .00
CITIFINANCIAL              UNSECURED       15913.00            .00           .00
        Summary of disbursements:

                        SECURED       PRIORITY     UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      40862.13           .00      65832.80          .00     106694.93
PRINCIPAL PAID          28821.07           .00           .00          .00      28821.07
INTEREST PAID             735.54           .00           .00          .00         735.54
TOTAL PAID              29556.61           .00           .00          .00      29556.61
The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   3500.00
and was paid $    350.00  direct and $   2621.13  through the plan.

The Trustee received $    1802.26 .
```

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/12/09                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE